NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RQ SQUARED, LLC,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2017-1632

---

Appeal from the United States Court of Federal Claims in No. 1:12-cv-00527-LJB, Senior Judge Lynn J. Bush.

---

## JUDGMENT

---

ADAM MILLER, Buckley Sandler LLP, Washington, DC, argued for plaintiff-appellant. Also represented by CHRISTOPHER REGAN, TIMOTHY COLEY.

DAVID MICHAEL KERR, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., STEVEN J. GILLINGHAM.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, WALLACH, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  January 11, 2018  | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
| | Clerk of Court |